IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02727-WYD-CBS

BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,

    Plaintiff,

v.

T&M AUTOMOTIVE INDUSTRIES, INC., a California corporation;
TERRENCE N. TOBIN; and
MONICA F. TOBIN,

    Defendants.

## ORDER

On December 15, 2008, Plaintiff filed a Verified Complaint and Demand for Injunctive Relief and Motion for Preliminary Injunction [#'s 1 & 2]. Upon review of the file in this matter, it is hereby

ORDERED that a hearing on the Motion for Preliminary Injunction shall take place on **Tuesday, January 27, 2009, at 1:30 p.m., at 901 19th Street, Courtroom A1002, Denver, Colorado**. It is

FURTHER ORDERED that service of all pleadings in this case (including this Order) shall be accomplished no later than **Monday, January 5, 2009**. Defendants shall file a response to the Motion for Preliminary Injunction within ten (10) business days of service.

December 16, 2008

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE