**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: January 27, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

| | |
|---|---|
| Civil Action No: **08-cv-02727-WYD-CBS** | Counsel: |
| **BIG O TIRES, LLC**, | Harold R. Bruno, III |
| Plaintiff, | |
| v. | |
| **T&M AUTOMOTIVE INDUSTRIES, INC., et al.**, | No Appearance |
| Defendants. | |

## COURTROOM MINUTES

**HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**1:42 p.m.**   Court in Session

   APPEARANCES OF COUNSEL.

   Court's opening remarks.

   Plaintiff's Motion for Preliminary Injunction [doc. #2], filed December 15, 2008, and Plaintiff's Motion for Default [doc. #14], filed January 27, 2009, are raised for argument.

1:42 p.m.   Argument by Plaintiff (Mr. Bruno).

1:45 p.m.   Plaintiff's witness **James Aldrich Bull** sworn.

   Direct examination by Plaintiff (Mr. Bruno).
   ***EX ID:***   ***1, 5, 8, 6, 7, 9, 2, 3***

**Exhibit/s 1, 5, 8, 6, 7, 9, 2, 3 RECEIVED.**

2:35 p.m.        Plaintiff's offer of proof as to witness Darrell Jackson.

**Exhibit/s 4 RECEIVED.**

2:36 p.m.        Argument by Plaintiff (Mr. Bruno).

Court makes findings.

**ORDERED:**    Plaintiff's Motion for Preliminary Injunction [doc. #2], filed December 15, 2008, is **GRANTED.**

**ORDERED:**    Plaintiff's Motion for Default [doc. #14], filed January 27, 2009, is **GRANTED.**

**2:45 p.m.**    Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  1:03**